JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ROCIO HERRERA (CA Bar No. 237139)
rherrera@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
CHASE HOME FINANCE LLC and JAMIE
DIMON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA RAMOS VILLALPANDO<br>Sramineus Homo, US Vessel<br><br>    Libellant,<br><br>v.<br><br>CHASE HOME FINANCE LLC, Jamie Dimon,<br>President, US Vessel, DOES, ROES, and MOES<br>1-100 et al, US Vessel sand<br><br>    Libellees. | CASE NO.: C 07 5900 JL<br><br>JUDGE:   Hon. Chief Magistrate Judge<br>      James Larson<br><br>CERTIFICATE OF SERVICE |
| Hilda: Ramos Villalpando<br>Lien Holder of the Vessel, the Real Party in<br>Interest, Lawful Man<br>**Injured Third Party Intervener/Petitioner/**<br>Libellant,<br><br>v.<br><br>CHASE HOME FINANCE, Jamie Dimon<br>President, U.S. Vessel, DOES, ROES and MOES<br>1-100 et al.<br>    **US VESSELS**<br>**INDIVIDUALLY AND SEVERALLY**<br>**Third Party Defendants/Libellees** | Action Filed:  11/21/07 |

**CERTIFICATE OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707.**

On February 1, 2008, I served the foregoing document described as **1) CHASE HOME FINANCE LLC AND JAMIE DIMON'S NOTICE OF MOTION AND MOTION TO STRIKE PRAYER FOR PUNITIVE DAMAGES and 2) CHASE HOME FINANCE LLC AND JAMIE DIMON'S NOTICE OF MOTION AND MOTION TO DISMISS PETITION FOR LIBEL OR REVIEW OF AN ADMINISTRATIVE JUDGMENT OR IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT** on the interested parties in this action.

☒    by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒    **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐    **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐    **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐    **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐    (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒    (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on February 1, 2008, at Santa Ana, California.

/s/ Veronica Delgado

Veronica Delgado

1048389.1

**SERVICE LIST**
**Hilda Ramos Villalpando v. Chase Home Finance LLC**
**USDC, Northern District Case No. CV07-5900 JL**

Hilda Ramos Villalpando                    **Sramineus Homo, U.S. Vessel**
920-922 Newgate Way
Dixon, CA 95620

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

CERTIFICATE OF SERVICE

1048389.1