UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HILDA RAMOS VILLALPANDO
Sramineus Homo U.S., Vessel.

        Plaintiff(s),

v.

CHASE HOME FINANCE LLC, Jamie
Dimon President, US Vessel, et al.

        Defendant(s).

Case No. C 07 5900 JL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2/6/08

                                                 [Party] Chase Home Finance LLC
                                                 Thomas E. Reardon
                                                 Assistant Vice President

Dated: 2/6/08

                                                 [Counsel] S. Christopher Yoo, Esq.

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707.**

On February 6, 2008, I served the foregoing document described as **ADR CERTIFICATION BY PARTIES AND COUNSEL** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on February 6, 2008, at Santa Ana, California.

/s/ Veronica Delgado
———————————————
Veronica Delgado

---

CERTIFICATE OF SERVICE

1048389.1

## SERVICE LIST
### Hilda Ramos Villalpando v. Chase Home Finance LLC
### USDC, Northern District Case No. CV07-5900 JL

Hilda Ramos Villalpando  
920-922 Newgate Way  
Dixon, CA 95620

**Sramineus Homo, U.S. Vessel**