UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HILDA RAMOS VILLALPANDO
Sramineus Homo, US Vessel

Plaintiff(s),

v.

CHASE HOME FINANCE LLC,
Mr. Jamie Dimon President, US Vessel, et al.

Defendant(s).
_____/

CASE NO. C 07 5900 JL

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

  X  have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference    February 27, 2008.

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| S. Christopher Yoo | Chase & Jamie Dimon | 714-852-6800 | cyoo@adorno.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

Dated: 2/6/08

_____
Attorney for Plaintiff

_____
Attorney for Defendant

Rev 12.05

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707.**

On February 6, 2008, I served the foregoing document described as **NOTICE OF NEED FOR ADR PHONE CONFERENCE** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on February 6, 2008, at Santa Ana, California.

/s/ Veronica Delgado
-----
Veronica Delgado

SERVICE LIST
Hilda Ramos Villalpando v. Chase Home Finance LLC
USDC, Northern District Case No. CV07-5900 JL

| | |
|---|---|
| Hilda Ramos Villalpando<br>920-922 Newgate Way<br>Dixon, CA 95620 | **Sramineus Homo, U.S. Vessel** |

CERTIFICATE OF SERVICE

1048389.1