1  JOHN M. SORICH (CA Bar No. 125223)
   jsorich@adorno.com
2  S. CHRISTOPHER YOO (CA Bar No. 169442)
   cyoo@adorno.com
3  ROCIO HERRERA (CA Bar No. 237139)
   rherrera@adorno.com
4  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
5  1 MacArthur Place, Suite 200
   Santa Ana, California 92707
6  Tel: (714) 852-6800
   Fax: (714) 852-6899

7
   Attorneys for Defendants
8  CHASE HOME FINANCE LLC and JAMIE
   DIMON

9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA RAMOS VILLALPANDO<br>Sramineus Homo, US Vessel<br><br>Libellant,<br><br>v.<br><br>CHASE HOME FINANCE LLC, Jamie Dimon, President, US Vessel, DOES, ROES, and MOES 1-100 et al, US Vessel sand<br><br>Libellees. | CASE NO.: C 07 5900 JL<br><br>JUDGE: Hon. Chief Magistrate Judge James Larson<br><br>**REQUEST OF DEFENDANTS CHASE HOME FINANCE LLC AND JAMIE DIMON TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>Date: February 27, 2008<br>Time: 10:30 a.m.<br>Ctrm.: "F"<br><br>Action Filed: 11/21/07 |
| Hilda: Ramos Villalpando<br>Lien Holder of the Vessel, the Real Party in Interest, Lawful Man<br>**Injured Third Party Intervener/Petitioner/**<br>Libellant,<br><br>v.<br><br>CHASE HOME FINANCE, Jamie Dimon President, U.S. Vessel, DOES, ROES and MOES 1-100 et al.<br>**US VESSELS**<br>**INDIVIDUALLY AND SEVERALLY**<br>**Third Party Defendants/Libellees** | |

1  Defendants Chase Home Finance LLC, erroneously sued as Chase Home Finance ("Chase") and Jamie Dimon, erroneously sued as a US vessel, ("Mr. Dimon," and collectively "Defendants") respectfully request that Defendants be allowed to appear at the Case Management Conference ("CMC"), currently scheduled for February 27, 2008 at 10:30 a.m. in Courtroom "F," by telephone for the following reasons:

The law office of Adorno, Yoss, Alvarado, & Smith, counsel of record for Defendants, is located in Santa Ana, California. Specifically, the law office is approximately more than 400 miles away from the United States District Court, Northern District of California, which is located in San Francisco, California.

Counsel for Defendants would like to save their client the expense of personally appearing at the CMC, which would require a flight from Orange County to San Francisco or Oakland.

Accordingly, counsel for Defendants respectfully request the Court to allow Defendants to appear at the CMC, currently set for 10:30 a.m. in Courtroom "F," by telephone. The telephone number for counsel for Defendants is: (714) 852-6800.

DATED: February 21, 2008

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation


By: /s/ S. Christopher Yoo
S. CHRISTOPHER YOO
Attorneys for Defendants
CHASE HOME FINANCE LLC and JAMIE DIMON

## ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED, AND DEFENDANTS ARE ALLOWED TO APPEAR AT THE CASE MANAGEMENT CONFERENCE, CURRENTLY SET FOR FEBRUARY 27, 2008 AT 10:30 A.M. IN COURTROOM "F," BY TELEPHONE.

Date:_____

_____
Magistrate Judge of the United States District Court

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707.**

On February 22, 2008, I served the foregoing document described as **REQUEST OF DEFENDANTS CHASE HOME FINANCE LLC AND JAMIE DIMON TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE** on the interested parties in this action.

☒    by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒    **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐    **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐    **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐    **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐    (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒    (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on February 22, 2008, at Santa Ana, California.

                                              /s/ Veronica Delgado
                                              Veronica Delgado

1048389.1

**SERVICE LIST**
Hilda Ramos Villalpando v. Chase Home Finance LLC
USDC, Northern District Case No. CV07-5900 JL

Hilda Ramos Villalpando                    **Sramineus Homo, U.S. Vessel**
920-922 Newgate Way
Dixon, CA 95620