1  JOHN M. SORICH (CA Bar No. 125223)
   jsorich@adorno.com
2  S. CHRISTOPHER YOO (CA Bar No. 169442)
   cyoo@adorno.com
3  ROCIO HERRERA (CA Bar No. 237139)
   rherrera@adorno.com
4  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
5  1 MacArthur Place, Suite 200
   Santa Ana, California 92707
6  Tel: (714) 852-6800
   Fax: (714) 852-6899
7
   Attorneys for Defendants
8  CHASE HOME FINANCE LLC and JAMIE
   DIMON

9

10            UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  HILDA RAMOS VILLALPANDO<br>Sramineus Homo, US Vessel | CASE NO.: C 07 5900 JL |
| 14 | JUDGE: Hon. Chief Magistrate Judge<br>James Larson |
| 15  Libellant, | |
|    v. | REQUEST OF DEFENDANTS CHASE |
| 16 | HOME FINANCE LLC AND JAMIE |
|    CHASE HOME FINANCE LLC, Jamie Dimon, | DIMON TO APPEAR AT CASE |
| 17  President, US Vessel, DOES, ROES, and MOES | MANAGEMENT CONFERENCE BY |
|    1-100 et al, US Vessel sand | TELEPHONE |
| 18 | |
|    Libellees. | |
| 19 | Date: February 27, 2008 |
|    | Time: 10:30 a.m. |
| 20  Hilda: Ramos Villalpando | Ctrm.: "F" |
|    Lien Holder of the Vessel, the Real Party in | |
| 21  Interest, Lawful Man | |
|    **Injured Third Party Intervener/Petitioner/** | Action Filed: 11/21/07 |
| 22  Libellant, | |
| 23  v. | |
| 24  CHASE HOME FINANCE, Jamie Dimon | |
|    President, U.S. Vessel, DOES, ROES and MOES | |
| 25  1-100 et al. | |
|    **US VESSELS** | |
| 26  **INDIVIDUALLY AND SEVERALLY** | |
|    **Third Party Defendants/Libellees** | |
| 27 | |

28

---
1
REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE; AND ORDER THEREON

1049773.1

Defendants Chase Home Finance LLC, erroneously sued as Chase Home Finance ("Chase") and Jamie Dimon, erroneously sued as a US vessel, ("Mr. Dimon," and collectively "Defendants") respectfully request that Defendants be allowed to appear at the Case Management Conference ("CMC"), currently scheduled for February 27, 2008 at 10:30 a.m. in Courtroom "F," by telephone for the following reasons:

The law office of Adorno, Yoss, Alvarado, & Smith, counsel of record for Defendants, is located in Santa Ana, California. Specifically, the law office is approximately more than 400 miles away from the United States District Court, Northern District of California, which is located in San Francisco, California.

Counsel for Defendants would like to save their client the expense of personally appearing at the CMC, which would require a flight from Orange County to San Francisco or Oakland.

Accordingly, counsel for Defendants respectfully request the Court to allow Defendants to appear at the CMC, currently set for 10:30 a.m. in Courtroom "F," by telephone. The telephone number for counsel for Defendants is: (714) 852-6800.

DATED: February 21, 2008

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation


By:  /s/ S. Christopher Yoo
     S. CHRISTOPHER YOO
     Attorneys for Defendants
     CHASE HOME FINANCE LLC and JAMIE DIMON


**ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED, AND DEFENDANTS ARE ALLOWED TO APPEAR AT THE CASE MANAGEMENT CONFERENCE, CURRENTLY SET FOR FEBRUARY 27, 2008 AT 10:30 A.M. IN COURTROOM "F," BY TELEPHONE.

Date: February 25, 2008

*/s/ James Larson*

Magistrate Judge of the United States District Court