## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          FTR 11:10-11:13 ( 3 min)
Date: **February 27 , 2008**

Case No: **C07- 5900 JL**

Case Name: **Hilda Villapando v. Chase Home Finance, et al**

Plaintiff  Attorney(s): not present
Defendant Attorney(s): Christopher Yoo by phone (714) 852-6800

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                                    **RULING:**
1.
2.
3.
4.
[ X]  Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING: Court to issue ord for reassignment of case to District Court judge w/ recommendation for dismissal.**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:**.
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at  , set for  days.
          [ ] Jury  [ ]  Court


Notes:.



cc: Venice, Kathleen