## CIVIL MINUTES

**Chief Magistrate Judge James Larson**         **Kathy Wyatt -Court Reporter**

Date: **March 12, 2008**

Case No:**C07- 5900 JL**

Case Name: **Hilda Villpando v. Chase Home Finance, et al**
Plaintiff  Attorney(s):Not pres
Defendant Attorney(s): Christopher Yoo by phone (714) 852-6868
Deputy Clerk:  **Wings Hom**

 **Motions**                                                                  **RULING:**
1. Deft's mo to dismiss - not held
2.
3.
4.
5.
6.

[ ]Case Management Conference  [ ] Status Conference  [] P/T Conference
**ORDERED AFTER HEARING: Court to issue ord for reassignment of case to District Court judge w/ R&R for dismissal.**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:**

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for  days.
        [ ] Jury  [ ]  Court


Notes: Pltf has never appeared nor consented.




cc: Venice, Kathleen,