United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VILLALPANDO,

      Plaintiff,

  v.

CHASE HOME FINANCE, et al.,

      Defendants.
_____/

No. C 07-5900    JL

**REFERRAL FOR REASSIGNMENT**

    Plaintiff has not consented to this Court's jurisdiction, as required by 28 U.S.C. §636(c). Accordingly, the Court hereby refers the case for reassignment to an Article III judge. In addition, this is one of a group of virtually identical cases which have been found to be frivolous and summarily dismissed by judges of the district court. This Court takes judicial notice of *Coombs v. Chase Home Finance, et al..* C-08-0232 (MHP), Order Denying In Forma Pauperis Filing and Dismissing Complaint, filed January 17, 2008. Therefore, this Court recommends that the complaint in this case be dismissed with prejudice.

    IT IS SO ORDERED.

DATED: March 12, 2008

_____
James Larson
Chief Magistrate Judge