**United States District Court**

For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10

| | |
|---|---|
| HILDA RAMOS VILLALPANDO,<br>Sramineus Homo, US Vessel | No. C 07-5900 MMC |
| Libellant, | **ORDER ADOPTING MAGISTRATE<br>JUDGE'S REPORT AND<br>RECOMMENDATION; DISMISSING<br>PETITION** |
| v. | |
| CHASE HOME FINANCE LLC,<br>Jamie Horan, President, US Vessel<br>DOES, ROES, and MOES 1-100, et al.,<br>US Vessel sand | |
| Libellees, | |
| _____ | |
| Hilda: Ramos Villalpando<br>Lien Holder of the Vessel, the Real Party<br>In Interest, Lawful Man<br>Injured Third Party Intervenor/ Petitioner/<br>Libellant, | |
| v. | |
| CHASE HOME FINANCE LLC,<br>Jamie Dimon, President, U.S. Vessel,<br>DOES, ROES, and MOES 1-100, et al.<br>US VESSELS<br>INDIVIDUALLY AND SEVERALLY<br>Third Party Defendants/Libellees | |
| _____/ | |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25         Before the Court is Magistrate Judge James Larson's recommendation that the

26   instant action be dismissed with prejudice.[1]  Petitioner was served with the

27

28         _____

          [1]The recommendation is included in the Referral for Reassignment, filed March 12,
     2008.

1     recommendation and has filed no objection thereto.

2          Having reviewed, de novo, the petition and the recommendation, the Court, for the

3     reasons expressed in the recommendation, hereby ADOPTS the recommendation.

4     Further, the Court finds the petition is subject to dismissal for the additional reason that,

5     contrary to the title of the pleading, petitioner fails to allege the existence of an

6     administrative decision, let alone a decision that a district court has jurisdiction to review.

7          Accordingly, the above-titled petition is hereby DISMISSED.

8          The Clerk shall close the file.

9          **IT IS SO ORDERED.**

10

11    Dated:  April 2, 2008                                    _____

12                                                             MAXINE M. CHESNEY
                                                               United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2