|   |   |
|---|---|
| IN THE UNITED STATES DISTRICT COURT | |
| FOR THE NORTHERN DISTRICT OF CALIFORNIA | |

HILDA RAMOS VILLALPANDO,
Sramineus Homo, US Vessel

No. CV-07-5900 MMC

         Libellant,

**JUDGMENT IN A CIVIL CASE**

  v.

CHASE HOME FINANCE LLC, Jamie Horan, President, US Vessel DOES, ROES, AND MOES 1-100, ET AL., US Vessel sand

         Libellees,

_____

Hilda: Ramos Villalpando
Lien Holder of the Vessel, the Real Party In Interest, Lawful Man
Injured Third Party
Intervenor/Petitoner/Libellant,

  v.

CHASE HOME FINANCE LLC,
Jamie Dimon, President, U.S. Vessel,
DOES, ROES, and MOES 1-100, et al.
         US VESSELS
INDIVIDUALLY AND SEVERALLY
Third Party Defendants/Libellees
_____/

    **( )** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)** **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

1    **IT IS SO ORDERED AND ADJUDGED** the above-titled petition is hereby
2 DISMISSED.

Dated: April 3, 2008                                  Richard W. Wieking, Clerk

                                                       *Tracy Lucero*

                                                      By: Tracy Lucero
                                                      Deputy Clerk